## SIMMONS HARDWARE CO. v. ADAMS.

(Court of Civil Appeals of Texas. Austin. March 20, 1912.)

APPEAL AND ERROR (§ 767*)—DISMISSAL—BRIEFS.

A brief single spaced and typewritten so dimly that it can scarcely be read will be stricken on the court's own motion.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 3102; Dec. Dig. § 767.*]

Appeal from Coke County Court; G. S. Arnold, Judge.

Action between the Simmons Hardware Company and C. A. Adams. From the judgment, said company appealed, and said Adams moves to strike out its brief. Motion granted.

W. C. Merchant, for the motion.

JENKINS, J. Appellee has filed a motion to strike out the brief of appellant, for the reason that it does not comply with the rules in reference to preparation of a brief in this court. As this motion is sustained, we take this occasion to say that this brief ought to be stricken out for the reason that it is single spaced and typewritten so dimly that it can scarcely be read. This is not the first brief, by any means, so written that has been filed in this court. Our patience in this regard has been exhausted. If the practice does not cease, we will in the future strike out such briefs on our own motion.

Motion granted.